IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 7 2006

GREGORY C. LANGHAM
CLERK

Criminal Action No. 01-cr-00402-RPM-02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRADLEY OSWALD,

    Defendant.

---

### ORDER TERMINATING SUPERVISED RELEASE
### PRIOR TO ORIGINAL EXPIRATION DATE

---

    On February 2, 2006, the probation officer submitted a petition for early termination of supervised release in this case. On February 3, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States, and on February 10, 2006, the Government's Response to the Probation Department's Petition for Early Termination of Supervised Release was filed with no objections. Accordingly, it is

    **ORDERED** that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    **DATED** at Denver, Colorado, this 3rd day of March, 2006.

BY THE COURT:

Richard P. Matsch
Senior District Judge