UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00402-RPM

UNITED STATES OF AMERICA,

                            Plaintiff,

     v.

BRADLEY OSWALD,

                         Defendant,

       and

ROCKY MOUNTAIN INTERIOR,

                         Garnishee.

---

## GARNISHEE ORDER

---

       A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 3, 2008, stating that at the time of the service of the Writ ~~he had in his~~ ~~possession or under his control personal property belonging to and due Defendant, and~~ ~~that~~ garnishee was indebted to Defendant in the form of wages paid to the debtor.

       On March 13, 2008, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

       **IT IS THEREFORE ORDERED** that Garnishee pay each pay period 25% of defendant's disposable wages to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further order of this Court.

DONE AT DENVER, COLORADO, this 28ᵗʰ day of april , 2008.

BY THE COURT:

UNITED STATES DISTRICT JUDGE

**BOYD N. BOLAND**
**United States Magistrate Judge**